IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JAMES BORDAGES, JR.**                                                                                   **PLAINTIFF**

v.                              **CASE NO. 2:20-CV-00249-BSM**

**FRED THORNE, District Judge**
**of Crittenden County, Arkansas**                                                          **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED, this 1st day of February, 2021.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE